### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW HAMPSHIRE

<u>Daniel W. Miles, et al.</u>

    v.                                                    Civil No. 05-cv-056-JM

<u>W. John Funk, et al.</u>

### O R D E R

Interrogatories and production requests are to <u>parties</u>.  Ms. Neumann is not a party.  Documents controlled by her, and over which Miles, Hamacher and/or Tavernier have no control, cannot be reached under Rules 33 and 34.  If defendants want her documents they must use Rule 45.[1]  <u>Defendants'</u> responsive documents must be produced.

The motion (document no. 48) is granted as set forth above.

**SO ORDERED.**

                                          /s/ James R. Muirhead
                                          James R. Muirhead
                                          United States Magistrate Judge

Date: July 18, 2006

cc:   Evan M. Fray-Witzer, Esq.
       Russell F. Hilliard, Esq.
       Michael C. McLaughlin, Esq.

---

[1] If so, plaintiffs' counsel is reminded that an adequate privilege log is required.